Commonwealth *v.* Firestone, Appellant.

Argued April 9, 1974. *Simon B. John,* Assistant Public Defender, with him *John F. Wagner, Jr.,* Assistant Public Defender, for appellant; *William Radcliffe,* with him *Lawrence D. McDaniel,* Acting District Attorney, and *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Humphrey, Appellant.

Argued April 8, 1974. *Stephen P. Swem,* Trial Defender, with him *John J. Dean* and *George H. Ross,* Public Defenders, for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.